## FORM FOR APPEARANCE OF COUNSEL

*Only attorneys admitted to the Bar of this Court may sign this form and practice before the Court. **Each attorney representing the interests of a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**NO.** 26-10302

Ziegenfuss                               vs.    Martin
(Plaintiff)                                            (Defendant)

The Clerk will enter my appearance as Counsel for:

Charles Ziegenfuss, David Montgomery, Brian Robinson, and Firearms Policy Coalition, Inc.
(Please list names of all parties represented)

**who IN THIS COURT is (use mouse to select one)**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☒ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

I certify that I am a member of the Bar of the Fifth Circuit Court of Appeals, or am applying by completing an admission form..

s/ Bradley A. Benbrook                                    brad@benbrooklawgroup.com
(Signature)                                                      (E-Mail Address)

Bradley A. Benbrook                                      XXX-XX- 9699
(Type or print name)                                   (Social Security Number-Last 4 Digits)

                                                              TX/24142064; CA/177786
(Title, If Any)                                           (Resident State/Bar No.)

Benbrook Law Group, PC                              Date of Birth 11/17/1967      Sex: ☒ M  ☐ F
(Firm or Organization)

Street Address 701 University Avenue                          Suite 106

City & State Sacramento, CA      Zip 95825    Tel. w/AC (916) 447-4900    Fax w/AC

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom the court will give notification, with the understanding that the lead counsel will notify all other related counsel. If lead counsel has not signed above, lead counsel *must* complete his or her own form for appearance of counsel. The person to be notified in this case is:

**Name of Lead Counsel (Type or Print)** Bradley A. Benbrook

A.   Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B.   Inquiry of Counsel

To your knowledge:

(1)   Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?

Yes ☐          No ☒

(2)   Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

Yes ☐          No ☒

(3)   Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

Yes ☐          No ☒

(4)   Does this case qualify for calendaring priority under 5TH CIR. R. 47.7? If so, cite type of case:
No.

If answer to (1), or (2), or (3), is yes, please give detailed information.

Number and Style of Related Case

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE:  Attach sheet to give further details.**

DKT-5A(11/01)

Clear Form