

MATTHEW M. HILDERBRAND
Assistant Solicitor General

(512) 936-1700
Matthew.Hilderbrand@oag.texas.gov

June 23, 2026

**Via Electronic Filing**

Mr. Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:  *Ziegenfuss v. Martin*, No. 26-10302

Dear Mr. Cayce:

Appellee Director Martin hereby notifies the Court that Zachary L. Rhines has left his employment at the Office of the Attorney General of Texas and no longer serves as counsel for Director Martin in this matter. Director Martin will continue to be represented by undersigned counsel of record at the Office of the Attorney General of Texas.

Respectfully submitted.

/s/ Matthew M. Hilderbrand

Matthew M. Hilderbrand
Assistant Solicitor General
*Counsel for Appellee*

cc: All counsel of record (via electronic service)