# In the United States Court of Appeals for the Fifth Circuit

CHARLES ZIEGENFUSS; DAVID MONTGOMERY; BRIAN ROBINSON; FIREARMS POLICY COALITION, INCORPORATED,

*Plaintiffs–Appellants,*

v.

FREEMAN MARTIN, in his official capacity as DIRECTOR AND COLONEL OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY,

*Defendant–Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Forth Worth Division

## UNOPPOSED MOTION FOR LEVEL 1 EXTENSION

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Appellee Director Martin respectfully requests a Level 1 extension of 30 days from the original due date to file his brief, up to and including August 14, 2026.

1. Director Martin's brief is currently due July 15, 2026.

2. This is Director Martin's first request for an extension of time.

3. Director Martin's request is supported by good cause and is not sought for purpose of delay. Rather, the additional time is requested to ensure adequate time to prepare and file a brief that is useful to the Court. Undersigned counsel was recently assigned to this matter at the Office of the Attorney General of Texas and needs time to evaluate and brief the issues in this appeal, as counsel who handled the matter

previously no longer works at the Office of the Attorney General. Undersigned counsel has had and will continue to have obligations that require significant time and attention in the weeks leading up to and following the date on which Appellee's brief is currently due. These matters include but are not limited to:

- Preparation of appellees' brief in *State of Texas v. Oz*, No. 25-40766, before the U.S. Court of Appeals for the Fifth Circuit. The brief was filed June 17.

- Preparation of respondent's merits brief in *Tanner v. Texas State University*, No. 25-0648, before the Supreme Court of Texas. The brief is due July 2.

- Preparation of appellant's brief in *YRIG Risk Retention Group, Inc. v. Texas Department of Insurance*, No. 26-11295, before the U.S. Court of Appeals for the Eleventh Circuit. The brief is due July 15.

- Preparation of appellant's brief in an accelerated appeal in *Texas Department of Public Safety v. Lindberg*, No. 12-26-00207-CV, before the Twelfth Court of Appeals of Texas. The brief is expected to be filed in mid-July.

- Preparation of petitioner's merits brief in *Texas Tech University v. Mohrman*, No. 26-0085, before the Supreme Court of Texas. The brief is due July 20.

- Preparation of an amicus brief in a case before the Supreme Court of Texas, expected to be filed in late July.

4.   In addition to the foregoing obligations, counsel for Appellee has numerous other prelitigation, oversight, and managerial responsibilities and is staffed on other litigation and advisory matters in the Office of the Attorney General.

5.   The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension of time is granted.

6.  Appellants do not oppose the relief requested herein.

## Conclusion

For the foregoing reasons, Director Martin respectfully requests that the Court grant his motion for an extension of time to file his brief, making a new due date of August 14, 2026.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

William R. Peterson
Solicitor General

/s/ Matthew M. Hilderbrand
Matthew M. Hilderbrand
Assistant Solicitor General
Matthew.Hilderbrand@oag.texas.gov

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

Counsel for Director Martin conferred by email and telephone with counsel for Appellants on June 16, 17, 18, 19, and 23 regarding the foregoing motion. Appellants do not oppose the requested Level 1 extension.

/s/ Matthew M. Hilderbrand

MATTHEW M. HILDERBRAND

## CERTIFICATE OF SERVICE

On June 23, 2026, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of any paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned and is free of viruses.

/s/ Matthew M. Hilderbrand

MATTHEW M. HILDERBRAND

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 462 words, excluding the parts exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d) and Rule 32(a)(5) and the type style requirements of Rule 27(d) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Matthew M. Hilderbrand

MATTHEW M. HILDERBRAND