United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2026

Lyle W. Cayce
Clerk

No. 26-10302

CHARLES ZIEGENFUSS; DAVID MONTGOMERY; BRIAN ROBINSON;
FIREARMS POLICY COALITION, INCORPORATED,

*Plaintiffs—Appellants*,

*versus*

FREEMAN MARTIN, *in his official capacity as Director and Colonel of the Texas Department of Public Safety*,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-1049

ORDER:

IT IS ORDERED that the unopposed motion to appoint Eric Ruben and Gregg Costa as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion to exceed the word count limitation, not to exceed 13,000 words, for *amici* brief is GRANTED.

/s/ Edith H. Jones
EDITH H. JONES
*United States Circuit Judge*