# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2026

Lyle W. Cayce
Clerk

————————

No. 26-10302

————————

CHARLES ZIEGENFUSS; DAVID MONTGOMERY; BRIAN ROBINSON; FIREARMS POLICY COALITION, INCORPORATED,

*Plaintiffs—Appellants*,

*versus*

FREEMAN MARTIN, *in his official capacity as Director and Colonel of the Texas Department of Public Safety*,

*Defendant—Appellee.*

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-1049

————————————————————

ORDER:

IT IS ORDERED that Appellants' unopposed motion to file a supplemental opening brief by July 13, 2026 not exceeding 2500 words is GRANTED.

IT IS FURTHER ORDERED that Appellants' unopposed motion for an extension of 7 days, or to September 11, 2026 to file the reply brief is GRANTED.

IT IS FURTHER ORDERED that Appellant's unopposed motion to exceed the allowed word count by 3500 words and not exceeding 10, 000 words in the reply brief is GRANTED.


_____
EDITH H. JONES
*United States Circuit Judge*