# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 22, 2026

No. 26-10302 Ziegenfuss v. Martin
USDC No. 4:24-CV-1049

Dear Counsel,

The above referenced case has been scheduled for oral argument on 12/01/2026. It will be held in New Orleans - West Courtroom at 9:00. The Oral Argument session number is 18.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than November 5, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at www.ca5.uscourts.gov/forms-fees/forms/attorney-forms. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at www.ca5.uscourts.gov/oral-argument-information/attorney-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Kim M. Pollard

By:_______________________
Kim M. Pollard, Calendar Clerk
504-310-7635

cc:
Mr. Bradley Benbrook
Ms. Kylie Calabrese
Ms. Janet R. Carter
Mr. Richard Brent Cooper
Mr. Gregg Costa
Ms. Rachel Danner
Mr. Stephen Duvernay
Mr. Blake Jackson Ellison
Mr. Matthew Micah Hilderbrand
Mr. Andrew Tice Ingram
Mr. Grant Bellows Martinez
Mr. Jamie McWilliam
Mr. Andrew Reid Mitchell
Mr. Arjun Pushkar Ogale
Ms. Lisa Luz Parker
Ms. Shayna Goldblatt Proler
Mr. Eric Ruben
Mr. Mark R. Trachtenberg