# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Eric Ruben
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

26-10302 (Case Number) Ziegenfuss v. Martin (Short Title)

is scheduled for oral argument at 9:00 am (Time) on December 1, 2026 (Date) located in the

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ Eric Ruben (Signature) November 5, 2026 (Date)

List all parties being represented for argument and select the party type

Court-appointed Amici Curiae Eric Ruben and Gregg Costa in support of the judgment below (contingent on Court's resolution of motion for leave to participate in oral argment)

☐ Appellant ☐ Appellee ☐ Cross Appellant ☐ Cross Appellee ☒ Amicus ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Matthew Hilderbrand (for Martin) | 8 | |
| #2 | Eric Ruben | 12 | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # 18

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF RESET FORM